```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GUM TREE FABRICS, INC.,                             :

                Plaintiff,                      : No. 11-CV-8325 (PGG)

    -against-                                         : **STIPULATION OF EXTENSION OF TIME TO ANSWER**

AMERICAN DECORATIVE FABRICS, LLC,  :

                Defendant.                    :

                                                            :
----------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED** by the parties, by and through their undersigned attorneys, that Defendant's time to answer or otherwise move with respect to the Complaint shall be extended sixty days from December 9, 2011 up to and including February 7, 2012.

Dated:  New York, New York
           December 6, 2011

BINGHAM MCCUTCHEN LLP                          COWAN, LIEBOWITZ & LATMAN, P.C.

_____                _____
Philip L. Blum (philip.blum@bingham.com)        Richard S. Mandel (rsm@cll.com)
399 Park Avenue                                 1133 Avenue of the Americas
New York, NY 10022                              New York, NY 10036
Tel: (212) 705-7000                             Tel: (212) 790-9291
Fax: (212) 752-5378                             Fax: (212) 575-0671
Attorneys for Plaintiff                         Attorneys for Defendant

IT IS SO ORDERED, this 8th day of December 2011.

                                                _____
                                                        U.S.D.J.

25017/007/1280742.1