UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| GUM TREE FABRICS, INC., | : |
|   Plaintiff, | : No. 11-CV-8325 (PGG) |
| -against- | : **NOTICE OF APPEARANCE** |
| AMERICAN DECORATIVE FABRICS, LLC, | : |
|   Defendant. | : |
| | : |

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned appears as attorney for Defendant American Decorative Fabrics, LLC herein, and requests that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
       February 7, 2012

                                                                                      COWAN, LIEBOWITZ & LATMAN, P.C.

By:    /s/ Richard S. Mandel
      Richard S. Mandel (rsm@cll.com)

      1133 Avenue of the Americas
      New York, New York  10036
      (212)790-9200

      Attorneys for Defendant American
      Decorative Fabrics, LLC