UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GUM TREE FABRICS, INC.,

                Plaintiff,                    No. 11-CV-8325 (PGG)

      -against-                      **RULE 7.1 STATEMENT**

AMERICAN DECORATIVE FABRICS, LLC,

                Defendant.

------------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff American Decorative Fabrics, LLC ("ADF"), (a non-governmental party) certifies that the parent company for ADF is Home Furnishings International, LLC and that there is no publicly held corporation that owns 10% or more of ADF's stock

Dated: New York, New York
       February 7, 2012                    Respectfully submitted,

                                              COWAN, LIEBOWITZ & LATMAN, P.C.
                                              Attorneys for Defendant

                                              By: _____
                                                 Richard S. Mandel (rsm@cll.com)
                                            1133 Avenue of the Americas
                                            New York, New York 10036-6799
                                            Tel: (212) 790-9200
                                            Fax: (212) 575-0671